UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, AND ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>YURIY MURDAKHAYCHAYEV a/k/a YURIY MURDAK, ONE TOUCH HEALTH SUPPLY, INC., JOHN DOES 1 THROUGH 5 AND ABC CORPORATIONS 1 THROUGH 5,<br><br>　　　　　　　　　　　　　　Defendants. | 24-CV-1896<br><br>RULE 7.1 DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Property And Casualty Insurance Company ("**Plaintiffs**" or, collectively, "**Allstate**"), each an Illinois insurance company, certifies that Plaintiffs are wholly-owned subsidiaries of The Allstate Corporation, a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly held entity owns 10% or more of the stock of The Allstate Corporation. The Allstate Corporation does not own 10% or more of any publicly traded entity.

Dated: New York, New York,
　　　　March 14, 2024

　　　　　　　　　　　　　　　　　　　　**Morrison Mahoney LLP**

　　　　　　　　　　　　　　　　　　　　By: /s/   Lee Pinzow
　　　　　　　　　　　　　　　　　　　　　　　Robert A. Stern, Esq.
　　　　　　　　　　　　　　　　　　　　　　　James McKenney, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Lee Pinzow, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Karina Trost, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　　Wall Street Plaza
　　　　　　　　　　　　　　　　　　　　　　　88 Pine Street, Suite 1900
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　　　　　(212) 825-1212